IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:                                                    CHAPTER 13:

DAREAL C. DURR                                                       07-02639-NPO
204 DAN GEORGE RD
MENDENHALL, MS 39114

ORDER DISMISSING CASE

THIS MATTER came before the court previously and an order was entered (**Docket #27**) requiring the debtor to not become more than sixty days delinquent. The debtor is currently more than sixty days delinquent in plan payments to the Trustee. Thus, having considered the matter, the court finds the case should be dismissed.

IT IS THEREFORE, ORDERED AND ADJUDGED that the bankruptcy petition filed by **DAREAL C. DURR** is hereby dismissed.

SO ORDERED

_____
Neil P. Olack
United States Bankruptcy Judge
Dated: July 6, 2011

SUBMITTED BY:

_____
VALORRI C. JONES, MSB#100853
ATTORNEY FOR CHAPTER 13 TRUSTEE
JAMES L. HENLEY, JR.,
P. O. BOX 31980
JACKSON, MS 39286-1980
(601) 981-9100
jlhenley@jlhenleych13.net